UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE: 2008 FANNIE MAE ERISA LITIG. | ) <br> ) <br> ) 09-CV-01350-PAC <br> ) MDL No. 2013 <br> ) <br> ) |

**NOTICE OF UNOPPOSED MOTION BY PLAINTIFFS FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT, CERTIFICATION OF SETTLEMENT CLASS, AND FINAL APPROVAL OF PLAN OF ALLOCATION**

PLEASE TAKE NOTICE that, pursuant to this Court's May 5, 2015 Order, and based upon the accompanying Memorandum of Law and Joint Declaration of Robert I. Harwood and Mark K. Gyandoh dated July 13, 2015, Plaintiffs hereby move the Court, before the Honorable Paul A. Crotty, United States District Court Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20-C, New York, New York, for entry of an Order in accordance with FED. R. CIV. P. 23(e) granting a final approval of the class action settlement, certification of settlement class, and final approval of the plan of allocation.

A copy of the Proposed Order and Final Judgment is filed herewith.

Dated: July 13, 2015

Respectfully submitted,

/s/ Mark K. Gyandoh
KESSLER TOPAZ
   MELTZER & CHECK, LLP
Edward W. Ciolko
Mark K. Gyandoh
Donna Siegel Moffa
Julie Siebert-Johnson
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

<u>/s/ Robert I. Harwood</u>
HARWOOD FEFFER LLP
Robert I. Harwood
Samuel Rosen
Daniella Quitt
Tanya Korkhov
488 Madison Avenue
New York, NY  10022
Telephone:  (212) 935-7400

*Co-Lead Class Counsel*

## CERTIFICATE OF SERVICE

I certify that, on July 13, 2015, I electronically filed a copy of the foregoing with the Clerk of Court using the CM/ECF system which will send a notification to all counsel of record.

*/s/ Mark K. Gyandoh*
Mark K. Gyandoh